IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| DAVID E. ROBERTS AND MARY ANN ROBERTS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | Civil Action No. 0:24-cv-04360-CMC<br><br>**PLAINTIFFS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORI ES** |

COMES NOW, Plaintiffs, in the above-styled civil action, files their Answers to Interrogatories in accordance with Local Rule 26.01 and showing this Honorable Court as follows:

**INTERROGATORY (A):** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE**: Plaintiff is currently unaware of any such person or entity.

**INTERROGATORY (B):** As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:** Plaintiffs have requested a jury trial.

**INTERROGATORY (C):** State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned

company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE:** Plaintiffs are not a publicly-owned company.

**INTERROGATORY (D):**    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE:**  A substantial part of the events, acts, and omissions giving rise to the claim occurred in York County, which is within the Rock Hill Division of this Court.

**INTERROGATORY (E)**:    Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:** This action is not related to any other matter filed in this District.

**INTERROGATORY (H)**: In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party of intervenor must, unless the court orders otherwise, name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party

of intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE:** Plaintiffs are citizens of South Carolina. Defendant has admitted it is organized under the laws of the state of Illinois with its principal place of business in Bloomington, Illinois. Therefore, Defendant is a citizen of Illinois for purposes of diversity jurisdiction. See Defendant's Notice of Removal at ¶ 6.

Respectfully submitted,

s/ L. Sherril Davis
L. Sherril Davis, Esquire (SC Bar # 102490)
1735 Heckle Boulevard, Suite 103-253
Rock Hill, SC 29732
Telephone: 803-833-0008
Fax: 803-339-8065
E-mail: sherril@lsherrillaw.com

**ATTORNEY FOR PLAINTIFFS**

August 22, 2024
Rock Hill, South Carolina